IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FELTON GRAY,

        Plaintiff,        Civil No. 07-6087-AA

        v.        ORDER

ROGER HANLON "DA", et al.,

        Defendants.

AIKEN, District Judge.

    Plaintiff's Application to proceed in forma pauperis (#1) is allowed. However, for the reasons set forth below, plaintiff's complaint is dismissed for failure to state a claim.

    Plaintiff's complaint alleges violations of his civil rights and seeks money damages against the Washington County District Attorneys Office and the District Attorney that

1 - ORDER

"presided" in criminal proceeding against plaintiff. Although plaintiff generally alleges "racial discrimination" he has not alleged any facts that would give rise to a claim for racial discrimination. The gist of plaintiff's claim seems to be that he was improperly assessed a "compensatory fine" as part of his sentence.

It is well settled that prosecutors are absolutely immune from liability for their prosecutorial functions. <u>Imbler v. Pachtman</u>, 424 U.S. 409 (1976); <u>Ybarra v. Reno Thunderbird Mobile Home Village</u>, 723 F.2d 675, 677-78 (9th Cir. 1984); <u>Freeman v. Hittle</u>, 708 F.2d 443 (9th Cir. 1983); <u>Broam v. Bogan</u>, 320 F.2d 1023 (9th Cir. 2003).

In this case, plaintiff seeks damages from defendants for their prosecutorial function. Defendants are immune from liability. Therefore, plaintiff's complaint fails to state a claim. This action is dismissed.

IT IS SO ORDERED

DATED this   3   day of May, 2007.

                                      <u>/s/ Ann Aiken              </u>
                                      Ann Aiken
                                      United States District Judge